UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIN KYU SONG, ET AL.,

                Plaintiffs,

-against-

CIRCLE NYC INC., ET AL.,

                Defendants.

17-Cv-5904 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    The Court having reviewed the parties' joint submission, which includes a joint letter from the parties and a copy of the settlement agreement (Doc. 27), and having heard arguments of counsel at a hearing today, hereby finds for the reasons set forth on the record that the proposed settlement agreement (Doc. 27, Ex. 1) is fair and reasonable pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

    This action has not been certified as a class or collective action. Accordingly, the Clerk of Court is directed to amend the caption to read as follows:

---

MIN KYU SONG, ANDY CHUNG, JONG HYUK MOON, WOO BIN IM, and CHANG SEOK SON,

                Plaintiffs,

-against-

CIRCLE NYC INC., ROBERT KWAK, JOSEPH KO, and SCOTT ALLING,

                Defendants.

---

Dated: New York, New York
       March 5, 2018

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.